[Dkt. No. 6, 7, 14, 15, 17]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| CHRISTIANA ITIOWE,<br><br>        Plaintiff,<br><br>   v.<br><br>MAYOR TEEFY DANIEL, et al.,<br><br>        Defendants. | Civil No. 16-7777 (RMB/KMW)<br><br>**ORDER** |

THIS MATTER comes before the Court upon the Motion to Dismiss Plaintiff's Amended Complaint [Dkt. No. 15] filed by defendants Mayor Daniel Teefy (improperly pled as Teefy Daniel), Municipal Court Judge Nicholas Lacovara; Municipal Prosecutor Charles Fiore; Marcella Carter, Administrative Assistant to the Chief of Police; John McKeown, Monroe Township Police Chief; the Monroe Township Police Department; and its Internal Affairs Unit (collectively, the "Defendants"); and

THE COURT NOTING THAT there is currently pending another Motion to Dismiss filed by Defendants [Dkt. No. 7]; and

THE COURT FURTHER NOTING THAT there are currently pending three motions filed by Plantiff: a Motion for Default Judgment [Dkt. No. 6] and two "motions" seeking unspecified injunctive relief [Dkt. Nos. 14, 17]; and

THE COURT HAVING considered the parties' arguments and for the reasons set forth in the accompanying Opinion and for good cause shown,

IT IS HEREBY on this **20th** day of **September 2017**,

**ORDERED** that the Complaint is DISMISSED without prejudice and the case is ADMINISTRATIVELY TERMINATED; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment [Dkt. No. 6], and "motions" [Dkt. Nos. 14, 17] are DISMISSED; and it is further

**ORDERED** that Defendants' first Motion to Dismiss [Dkt. No. 7] is DISMISSED as Moot; and it is further

**ORDERED** that Plaintiff will have thirty (30) days to file an amended complaint, which shall consist of no more than three (3) pages and shall state <u>in numbered paragraphs</u> the claim(s) alleged <u>with supporting facts</u> specifically identifying which individual or entity is accused of which acts. To the extent Plaintiff needs additional pages to state her claim, she shall provide a one-page statement with an explanation. If Plaintiff files an amended complaint, the matter shall be reinstated to the Court's active docket. If Plaintiff fails to file an amended complaint within thirty (30) days, that is, on or before **October 20, 2017**, the Complaint will be dismissed with prejudice and the case will be closed.

      s/ Renee Marie Bumb
      _____
RENÉE MARIE BUMB
United States District Judge